IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

M-L HOLDINGS COMPANY CRANE GROUP, LLC,

Plaintiff,

v.

AIG SPECIALITY INSURANCE COMPANY,

Defendant.

Case No. 1:26-cv-2350-LF-KRS

**ORDER QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court on review of Plaintiff M-L Holdings Company Crane Group LLC's Rule 7.1 Corporate Disclosure Statement (Doc. 5). The Court ordered Plaintiff to show cause why this case should not be dismissed for failure to allege facts sufficient to establish diversity subject matter jurisdiction. (Doc. 4). Plaintiff's Rule 7.1 Statement states that Plaintiff's sole member is a corporation organized under the laws of Maryland with its principal place of business in Colorado. The Complaint alleges that Defendant is an Illinois corporation with its principal place of business in New York. Accordingly, Plaintiff has shown that there is complete diversity and the Order to Show Cause (Doc. 4) is **QUASHED** .

IT IS SO ORDERED this 5th day of August, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE